UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

MW Horticulture Recycling Facility, Inc.    Case No.  9:19-bk-12193-FMD
Chapter 11

[The United States Trustee requests expedited consideration because the Debtor has failed to provide proof of insurance.]

    Debtor.
_____/

## UNITED STATES TRUSTEE'S EXPEDITED MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE

The Debtor has failed to provide the United States Trustee with proof of insurance.  It has also failed to file a case management summary and provide confirmation to the United States Trustee that it has provided adequate notice of the bankruptcy case.

Nancy J. Gargula, the United States Trustee for Region 21, by and through her undersigned counsel, requests that the Court dismiss or convert the above-styled case pursuant to 11 U.S.C. § 1112(b) for the reasons more fully set forth below:

1.  The Debtor filed a voluntary petition under chapter 11 of the U.S. Bankruptcy Code on December 31, 2019.  That same day, the Clerk provided a Notice of Incomplete and/or Deficient Filing and Opportunity to Cure Deficiencies to the Debtor.   In the notice, the Debtor is directed to file Schedules, Statement of Financial

Affairs, Attorney's Disclosure of Compensation required by 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b) and Corporate Ownership Statement within fourteen days. The Debtor was further directed to file a Chapter 11 Case Management Summary within the earlier of three business days following the petition date or the date it filed a motion requesting affirmative relief. To date, the Debtor has not filed a Case Management Summary. The Debtor was advised that failure to cure deficiencies could result in the dismissal of the case.

2. On January 6, 2020, the United States Trustee requested confirmation that certain parties were noticed of the bankruptcy case. To date, the Debtor has failed to provide the United States Trustee with the requested confirmation. Failure to provide such information is a basis for dismissal or conversion pursuant to 11 U.S.C. § 1112(b)(4)(H).

3. On January, 8, 2020, the United States Trustee requested copies of certificates or evidences of insurance for all existing property (including all equipment), general liability, workers' compensation, excess liability, and automobiles. The United States Trustee requested that proof by close of business yesterday. To date, it has not been provided. Failure to maintain appropriate insurance also constitutes cause for dismissal or conversion under 11 U.S.C. § 1112(b)(4)(C).[1]

4. Dismissal or conversion of chapter 11 cases is governed by 11 U.S.C. § 1112(b), which states in relevant part:

> (1) Except as provided in paragraph (2) and subsection (c), on request of a party in interest, and after notice and a hearing, the court shall convert

---

[1] *See In re Van Eck,* 425 B.R. 54, 59 (Bankr. D. Conn. 2010) (Citations omitted.).

> a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate.
>
> (2) The court may not convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter if the court finds and specifically identifies unusual circumstances establishing that converting or dismissing the case is not in the best interests of creditors and the estate, and the debtor or any other party in interest establishes that--
>
>     (A) there is a reasonable likelihood that a plan will be confirmed within the timeframes established in sections 1121(e) and 1129(e) of this title, or if such sections do not apply, within a reasonable period of time; and
>
>     (B) the grounds for converting or dismissing the case include an act or omission of the debtor other than under paragraph (4)(A)--
>
>         (i) for which there exists a reasonable justification for the act or omission; and
>
>         (ii) that will be cured within a reasonable period of time fixed by the court. . . .
>
> (4) For purposes of this subsection, the term 'cause' includes--
>
>     … (C) failure to maintain appropriate insurance that poses a risk to the estate or to the public; …
>
>     (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter; …
>
>     (H) failure timely to provide information or attend meetings reasonably requested by the United States trustee (or the bankruptcy administrator, if any); ….

Stated more clearly: new section 1112(b) mandates, with limited exceptions, that the court dismiss or convert a chapter 11 case where any of the acts or omissions listed in section 1112(b)(4), or other cause, exists. Conversion or dismissal pursuant to 11

U.S.C. § 1112(b) is mandatory on three of the specific grounds given as examples in that section.

WHEREFORE, the United States Trustee moves this Court pursuant to 11 U.S.C. § 1112(b) to either dismiss the chapter 11 case, convert the chapter 11 case to one under chapter 7 of Title 11 or grant such other and further relief that the Court may deem appropriate.

    Respectfully submitted,
Nancy J. Gargula
United States Trustee--Region 21

By: /s/BENJAMIN E. LAMBERS
    Benjamin E. Lambers
    Trial Attorney
    Fla. Bar No. 774197
    501 E. Polk Street, Suite 1200
    Tampa, FL  33602
    (813)228-2000
    (813)228-2303--facsimile
    Ben.E.Lambers@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the United States Trustee's Expedited Motion to Dismiss or Convert has been served by electronic or United States Mail on or before January 10, 2020 on the following:

MW Horticulture Recycling Facility, Inc.
6250 Thomas Road
Fort Myers, FL 33912

Richard A Johnston, Jr.
Johnston Law, PLLC
7370 College Parkway, Suite 207
Fort Myers, FL 33907

                                  /s/BENJAMIN E. LAMBERS
                                      Attorney