

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/25/2021 01:30 PM

COURTROOM   9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **2:19-bk-12193-FMD** | 11 | **12/31/2019** |

**Chapter 11**

**DEBTOR:**     MW Horticulture Recycling Facility, Inc.

**DEBTOR ATTY:**  Craig Kelley

**TRUSTEE:**       NA

**HEARING:**

~(1) Continued Motion to Use Cash Collateral Filed by Richard A Johnston Jr. on behalf of Debtor MW Horticulture Recycling Facility, Inc. (Attachments: # [1] Mailing Matrix) (Johnston, Richard) Doc #41
~(2) Continued Motion for Authority to Pay Affiliate Officer Salaries Filed by Richard A Johnston Jr. on behalf of Debtor MW Horticulture Recycling Facility, Inc. (Attachments: # [1] Mailing Matrix) (Johnston, Richard) Doc #27
(3) Continued Motion to Dismiss Case ., or in the alternative Motion to Convert Case to Chapter 7 (Verify Fee). Filing Fee Not Paid or Not Required. Filed by U.S. Trustee United States Trustee - TPA 11. (Lambers, Benjamin) Doc #18
(4) Continued Motion to Dismiss Case ., or in the alternative Motion to Convert Case to Chapter 7 (Fee Paid.). Filing Fee Not Paid or Not Required. Filed by Luis E Rivera II on behalf of Creditor Lee County (Rivera, Luis) Doc #177
-Joinder NOTICE OF JOINDER IN LEE COUNTYS MOTION TO DISMISS CASE OR, IN THE ALTERNATIVE, MOTION TO CONVERT CASE Filed by Jonathan H Alden on behalf of Creditor State of Florida Department of Environmental Protection; Doc.#   185
-Response to Lee County's Motion to Dismiss or alternatively Motion to convert Filed by Richard A Johnston Jr. on behalf of Debtor MW Horticulture Recycling Facility, Inc; Doc.#   186
(5) Continued Motion to Lease Property. Property description: 42 acres located at SR 29 South, LaBelle, Hendry County, Florida. . Filed by Richard A Johnston Jr. on behalf of Debtor MW Horticulture Recycling Facility, Inc. (Attachments: # [1] Exhibit Lease Agreement # [2] Mailing Matrix) (Johnston, Richard) Doc #211
(6) Continued Second Motion to Extend Time to assume leases for non-residential real property Filed by Richard A Johnston Jr. on behalf of Debtor MW Horticulture Recycling Facility, Inc. (Attachments: # [1] Mailing Matrix) (Johnston, Richard) Doc #217

**APPEARANCES:**:  Ben Lambers, Jonathan Alden, Luis Rivera, Al Gomez, Dana Kaplan, Richard Johnston, Ryan Reinert

**WITNESSES:**

**EVIDENCE:**

**RULING:**
~(1) Continued Motion to Use Cash Collateral Filed by Richard A Johnston Jr. on behalf of Debtor MW Horticulture Recycling Facility, Inc. (Attachments: # [1] Mailing Matrix) (Johnston, Richard) Doc #41

~(2) Continued Motion for Authority to Pay Affiliate Officer Salaries Filed by Richard A Johnston Jr. on behalf of Debtor MW Horticulture Recycling Facility, Inc. (Attachments: # [1] Mailing Matrix) (Johnston, Richard) Doc #27

(3) Continued Motion to Dismiss Case ., or in the alternative Motion to Convert Case to Chapter 7 (Verify Fee). Filing Fee Not Paid or Not Required. Filed by U.S. Trustee United States Trustee - TPA 11. (Lambers, Benjamin) Doc #18 -   Granted effective on 15th day after entry of order O/Lambers

(4) Continued Motion to Dismiss Case ., or in the alternative Motion to Convert Case to Chapter 7 (Fee Paid.). Filing Fee Not Paid or Not Required. Filed by Luis E Rivera II on behalf of Creditor Lee County (Rivera, Luis) Doc #177

-Joinder NOTICE OF JOINDER IN LEE COUNTYS MOTION TO DISMISS CASE OR, IN THE ALTERNATIVE, MOTION TO CONVERT CASE Filed by Jonathan H Alden on behalf of Creditor State of Florida Department of Environmental Protection; Doc.# 185

-Response to Lee County's Motion to Dismiss or alternatively Motion to convert Filed by Richard A Johnston Jr. on behalf of Debtor MW Horticulture Recycling Facility, Inc; Doc.#   186

(5) Continued Motion to Lease Property. Property description: 42 acres located at SR 29 South, LaBelle, Hendry County, Florida. . Filed by Richard A Johnston Jr. on behalf of Debtor MW Horticulture Recycling Facility, Inc. (Attachments: # [1] Exhibit Lease Agreement # [2] Mailing Matrix) (Johnston, Richard) Doc #211

(6) Continued Second Motion to Extend Time to assume leases for non-residential real property Filed by Richard A Johnston Jr. on behalf of Debtor MW Horticulture Recycling Facility, Inc. (Attachments: # [1] Mailing Matrix) (Johnston, Richard) Doc #217 Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.