ORDERED.

**Dated: January 27, 2021**

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

MW Horticulture Recycling Facility, Inc.      Case No. 2:19-bk-12193-FMD
Chapter 11

Debtor.
_____/

## ORDER DISMISSING CHAPTER 11 CASE

THIS CAUSE came on for hearing on January 25, 2021, in order to consider the United States Trustee's Motion to Dismiss or Convert Chapter 11 Case (Doc. 18). The Court considered the motion, and, for the reasons stated on the record in open Court, determined that the motion should be granted. Accordingly, it is

ORDERED that:

1. United States Trustee's Motion to Dismiss Chapter 11 Case (Doc. 18) is granted.

2. The case styled *MW Horticulture Recycling Facility, Inc.*, case number 2:19-bk-12193-FMD, be, and the same hereby is, dismissed;

3. All fee applications shall be filed within thirty days of the entry of the instant order;

4. The Court shall retain jurisdiction in order to enforce the payment of quarterly fees and to consider any fee applications;

5. All operating reports shall be timely filed;

6. The effect of this order is stayed for fifteen days from the entry of the instant order; and

7. Upon the effective date, the automatic stay will no longer be in effect.

Copies to be delivered by the Clerk's Office to:

Debtor, Debtor's' Attorney, United States Trustee, all parties in interest